**Copyrights-In-Suit for IP Address 207.181.248.66**

**ISP:** RCN Corporation
**Location:** Chicago, IL

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Christmas Story | PA0001874527 | 12/24/2013 | 12/30/2013 | 01/16/2014 |
| All Oiled Up | PA0001885187 | 03/15/2014 | 03/24/2014 | 03/23/2014 |
| Almost Famous | PA0001864687 | 09/27/2013 | 09/30/2013 | 12/04/2013 |
| Bad Girls | PA0001847661 | 06/07/2013 | 06/17/2013 | 10/27/2013 |
| Blindfold Me and Tie Me Up | PA0001867888 | 11/01/2013 | 11/03/2013 | 12/01/2013 |
| Blindfold Me Part #2 | PA0001867890 | 11/03/2013 | 11/06/2013 | 12/01/2013 |
| Brazilian Love Affair | PENDING | 05/03/2014 | 05/12/2014 | 05/03/2014 |
| Catching Up | PA0001889391 | 04/13/2014 | 04/15/2014 | 04/13/2014 |
| Clean and Wet | PA0001860955 | 07/29/2013 | 08/28/2013 | 10/27/2013 |
| Dangerous Game | PA0001810505 | 10/10/2012 | 10/14/2012 | 02/09/2014 |
| Double Tease | PA0001892183 | 04/17/2014 | 04/29/2014 | 04/19/2014 |
| Fantasy Come True | PA0001874629 | 12/19/2013 | 12/26/2013 | 12/31/2013 |
| Fashion Fantasy | PA0001885185 | 03/13/2014 | 03/24/2014 | 03/25/2014 |
| First and Forever | PA0001863112 | 09/21/2013 | 09/23/2013 | 10/27/2013 |
| Floating Emotions | PA0001887126 | 04/05/2014 | 04/07/2014 | 04/13/2014 |
| In Charge | PA0001865956 | 10/04/2013 | 10/06/2013 | 10/27/2013 |
| In Love with a Girl | PA0001866052 | 10/11/2013 | 10/16/2013 | 03/23/2014 |
| In My Living Room | PENDING | 05/01/2014 | 05/12/2014 | 05/03/2014 |
| Introducing Kenzie | PA0001862286 | 09/07/2013 | 09/08/2013 | 02/09/2014 |
| Many Shades of Grey | PA0001872083 | 11/29/2013 | 12/04/2013 | 12/01/2013 |
| Mile High Club | PA0001877249 | 01/16/2014 | 01/26/2014 | 01/20/2014 |

EXHIBIT B

NIL276

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| No Turning Back Part #1 | PA0001874524 | 12/21/2013 | 12/30/2013 | 12/31/2013 |
| No Turning Back Part #2 | PA0001874525 | 12/27/2013 | 12/30/2013 | 12/28/2013 |
| Not Alone | PA0001889410 | 04/09/2014 | 04/15/2014 | 04/13/2014 |
| Photo Finish | PA0001874616 | 12/29/2013 | 01/05/2014 | 01/02/2014 |
| Red Hot | PA0001810503 | 10/12/2012 | 10/14/2012 | 02/09/2014 |
| Season of Love | PA0001877252 | 01/18/2014 | 01/26/2014 | 01/20/2014 |
| Sex and Submission | PA0001882649 | 03/01/2014 | 03/06/2014 | 03/23/2014 |
| Submissive Seduction | PA0001878420 | 02/07/2014 | 02/13/2014 | 02/08/2014 |
| Sweet Dreamers | PA0001883771 | 03/09/2014 | 03/24/2014 | 03/23/2014 |
| Tantric Massage | PA0001892180 | 04/25/2014 | 04/29/2014 | 05/03/2014 |
| The Young and the Restless | PA0001843111 | 05/05/2013 | 05/15/2013 | 10/27/2013 |
| This Really Happened | PA0001860970 | 08/03/2013 | 09/01/2013 | 10/27/2013 |
| Three Way is the Best Way | PA0001878426 | 02/04/2014 | 02/13/2014 | 02/08/2014 |
| Threes Company | PA0001804939 | 08/17/2012 | 08/21/2012 | 10/27/2013 |
| Trophy Wife | PA0001883767 | 03/05/2014 | 03/22/2014 | 03/25/2014 |
| What a Girl Wants Part #2 | PA0001847660 | 06/15/2013 | 07/09/2013 | 04/13/2014 |

**Total Malibu Media, LLC Copyrights Infringed: 37**